**COCHRAN v. STATE.**

No. 25459.

Court of Criminal Appeals of Texas.
Oct. 17, 1951.

No attorney, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

Attempted burglary with intent to commit theft is the offense; the punishment, three years' confinement in the penitentiary.

Neither a statement of facts nor bills of exception accompany the record. Nothing is presented for the consideration of the court.

The judgment of the trial court is affirmed.

Opinion approved by the court.